■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYNE SHELTON, Appellant, v JOSEPH KENNEDY, as Superintendent of Mt. McGregor Correctional Facility, et al., Respondents. — Motion to dismiss appeal granted and appeal dismissed, without costs, upon the ground that relator has been released from custody and, therefore, is not entitled to the extraordinary writ of habeas corpus (*People ex rel. Wilder v Markley,* 26 NY2d 648). ¶ Application by John H. Ciulla, Esq., for permission to withdraw as attorney for relator granted. ¶ Application by relator for reconsideration of decision dated January 24, 1983 dismissed as academic. Mahoney, P. J., Main, Casey, Mikoll and Levine, JJ., concur.

(March 22, 1984)

■ In the Matter of CINDY AUFFHAMMER, Petitioner, v ROBERT AUFFHAMMER, Respondent. — Proceeding dismissed, without costs, upon the ground that this court has no original jurisdiction to entertain the proceeding (see *Matter of Nolan v Lungen,* 61 NY2d 788). Main, J. P., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.